IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. 080-03






CHARLES DEWAYNE THORNTON, Appellant



v.



THE STATE OF TEXAS





ON DISCRETIONARY REVIEW


FROM THE SECONDCOURT OF APPEALS


TARRANT COUNTY






 Womack, J., filed a concurring opinion, in which Johnson and Cochran,
JJ., joined.



 The court of appeals held that the appellant's Fourth Amendment objections were
properly overruled because no evidence that was obtained from the illegal seizure in
Arizona was admitted in his trial in Texas. See Thornton v. State, No. 2-01-152-CR (Tex.
Ct App. -- Fort Worth Dec. 12, 2002) (unpublished). I agree, and on that basis I concur in
the judgment of the Court.

En banc.

Filed: September 22, 2004.

Publish.